1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, CA 94102-3495
        Telephone: 415 436-6967
6       Fax: 415 436-6748
        Email: jennifer.s.wang@usdoj.gov
7
8  Attorneys for Defendant

9  MARY DRYOVAGE (CSBN 112551)
   Law Offices of Mary Dryovage
   351 California Street, Suite 700
10 San Francisco, CA 94104
   Tel.: (415) 593-0095
11 Fax: (415) 399-8792
   Email: mydryovage@igc.org
12
13 Attorney for Plaintiff Nancy Rountree

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17
   NANCY ROUNTREE,                    Docket No. C 10-1683 WHA
18
                 Plaintiff,
19
   v.
20                                     STIPULATION AND [PROPOSED]
   KEN SALAZAR, SECRETARY OF THE       ORDER OF DISMISSAL WITH
21 U.S. DEPARTMENT OF INTERIOR,        PREJUDICE
22               Defendant.

23      THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

24 FOLLOWING STIPULATION:

25      Pursuant to Federal Rule of Civil Procedure 41, plaintiff NANCY ROUNTREE and

26 defendant KEN SALAZAR hereby stipulate to dismiss with prejudice the above-captioned

27 action, including all claims that were asserted therein. Each party will bear its own costs and

28 ///

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C 10-1683 WHA

1  attorneys' fees.

2

3  DATED: 12/24/2010          By: _____
                                  NANCY ROUNTREE
4                                 Plaintiff

5
   DATED: 12/24/2010          By: _____
6                                 KEN SALAZAR
                                  Attorney for Plaintiff
7
                                  MELINDA HAAG
8                                 United States Attorney

9
   DATED: 2/9/11              By: _____
10                                JENNIFER S WANG
                                  Assistant United States Attorney
11                                Attorneys for Defendant

12

13

14                          [PROPOSED] ORDER

15

16       The Stipulation of Dismissal with Prejudice is granted and this entire action is

17  dismissed with prejudice.    **THE CLERK SHALL CLOSE THE FILE.**

18  IT IS SO ORDERED.

19

20

21  DATED: February 9, 2011.          _____
                                      HONORABLE WILLIAM    ALSUP
22                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C 10-1683 WHA                              2